UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CAMPBELL GLOBAL, LLC, f/k/a THE CAMPBELL GROUP, LLC, a Delaware limited liability company; and BASCOM SOUTHERN, LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br> vs. <br><br> AMERICAN STATES INSURANCE COMPANY, an Indiana corporation; AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation; GENERAL INSURANCE COMPANY OF AMERICA a New Hampshire corporation, and FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a New Hampshire corporation, <br><br> Defendants. | NO. 3:16-cv-02091-MO <br><br> **ORDER GRANTING MOTION TO DISMISS** |

IT IS ORDERED AND ADJUDGED:

That all remaining claims in this matter are dismissed without prejudice, and with no award of attorney fees, costs or prevailing party fees to any party.

**IT IS SO ORDERED**

DATED this 31 day of January, 2020.

_____
MICHAEL W. MOSMAN
United States District Judge

1 – ORDER OF DISMISSAL